

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00396-CV

RALPH ADAMS AND MARY ADAMS                                    APPELLANTS

V.

FEDERAL NATIONAL MORTGAGE                                        APPELLEES
ASSOCIATION AKA FANNIE MAE
AND ONEWEST BANK

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 342-265208-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 26, 2016, we notified appellants that the trial court clerk responsible for preparing the record in this appeal informed the court that payment arrangements had not been made to pay for the clerk's record as

---

[1]*See* Tex. R. App. P. 47.4.

required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless appellants, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellants have not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellants shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: February 25, 2016

2